01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,        )
                                    )   CASE NO. MJ21-543
09      Plaintiff,                  )
                                    )
10      v.                          )
                                    )   DETENTION ORDER
11 EVERETT J. HAYES,                )
   a/k/a EVERETT J. KENNEBREW       )
12                                  )
        Defendant.                  )
13 _____

14

15 <u>Offenses charged</u>:

16     1.  Felon in Possession of a Firearm

17     2.  Felon in Possession of Ammunition

18 <u>Date of Detention Hearing</u>:    October 8, 2021.

19      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21 that no condition or combination of conditions which defendant can meet will reasonably assure

22 the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02          1.       Defendant has a lengthy criminal record that includes assault, 35 warrants for

03    failures to appear, and criminal activity while under state supervision.   Defendant does not

04    have a history of a stable residence or stable employment, and has recent significant drug use

05    involving methamphetamine and fentanyl.   After the conduct in the instant charge, Defendant

06    left the state and travelled to California in a stolen vehicle, where he was arrested in possession

07    of a firearm.   At the time of his arrest in this matter, he was again found in close proximity to

08    a firearm.

09          2.       Defendant poses a risk of nonappearance based on an extensive history of

10    failures to appear, travel to California after law enforcement contact in this matter, and use of

11    an alias. Defendant poses a risk of danger based on his pattern of similar conduct involving gun

12    possession, repeated criminal activity while under supervision, substance abuse history, and

13    lack of compliance while under court supervision.

14          3.       There does not appear to be any condition or combination of conditions that will

15    reasonably assure the defendant's appearance at future Court hearings while addressing the

16    danger to other persons or the community.

17    It is therefore ORDERED:

18    1.   Defendant shall be detained pending trial, and committed to the custody of the Attorney

19         General for confinement in a correction facility, to the extent practicable, from persons

20         awaiting or serving sentences or being held in custody pending appeal;

21    2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22    3.   On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01   in charge of the corrections facility in which defendant is confined shall deliver the

02   defendant to a United States Marshal for the purpose of an appearance in connection with a

03   court proceeding; and

04   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05   the defendant, to the United States Marshal, and to the United State Probation Services

06   Officer.

07        DATED this 8th day of October, 2021.

08

09                                        S. KATE VAUGHAN
                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3